**Fill in this information to identify the case:**

Debtor 1  Paul Erlewine

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern    District of  Illinois
(State)

Case number  14-26805

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:**  DLJ Mortgage Capital, Inc.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:  5  9  9  7

**Property address:**  911 Edgerton Dr
Number    Street

Joliet        IL     60435
City        State    ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  6 / 1 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $ _____

c. **Total**. Add lines a and b.    (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/____
MM / DD / YYYY

Debtor 1  **Paul Erlewine**
         First Name  Middle Name  Last Name

Case number (*if known*) 14-26805

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Matthew C. Abad
  Signature

Date 5 / 8 / 2019

Print  **Matthew C. Abad**
       First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  Kluever & Platt, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  150 N Michigan Ave., Suite 2600
         Number  Street

         Chicago, IL 60601
         City  State  ZIP Code

Contact phone  (312) 236 – 0077

Email  mabad@klueverplatt.com

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**